## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, et al., | Civil No. 07-2574 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Mesabi Bituminous, Inc., | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 5, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
