## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and central Pension Fund of the International Union of Operating Engineers and Participating Employers, et al., | Civil No. 07-2574 (RHK/RLE) |
| | **ORDER** |
| Plaintiffs, | |
| vs. | |
| Mesabi Bituminous, Inc., | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 5), **IT IS ORDERED** that this matter is

**DISMISSED WITH PREJUDICE**, without costs to the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 27, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
